```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                            6/25/2025

                     CENTRAL DISTRICT OF CALIFORNIA
                     BY: ___MMC___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>OMAR PULIDO-BASTIDA,<br>  aka "Omar Pulido,"<br><br>      Defendant. | CR 2:25-CR-00525-MEMF<br><br>I N D I C T M E N T<br><br>[8 U.S.C. § 1326(a), (b)(2):<br>Illegal Alien Found in the United States Following Deportation] |
|---|---|

The Grand Jury charges:

[8 U.S.C. § 1326(a), (b)(2)]

On or about May 6, 2021, defendant OMAR PULIDO-BASTIDA, also known as "Omar Pulido," an alien, who had been officially deported and removed from the United States on or about December 6, 2017, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to reapply for admission to the United States following deportation and removal.

Defendant's previously alleged deportation and removal from the United States occurred subsequent to defendant's conviction for an aggravated felony, namely, Second-Degree Robbery, in violation of California Penal Code Section 211, on or about September 16, 2014, in the Superior Court of the State of California, County of Los Angeles, Case Number TA129621, for which defendant was sentenced to a five-year term of imprisonment.

A TRUE BILL

/S/_____
Foreperson

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

HAOXIAOHAN CAI
Assistant United States Attorney
Major Frauds Section